UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 25-CR-90 (KMK) |
| DOMINIC TERONI, | MOTION SCHEDULING ORDER |
| *Defendant*. | |

KENNETH M. KARAS, United States District Judge:

    The Court adopts the following briefing schedule: opening briefs shall be filed by no later than September 15, 2025. Briefs in opposition shall be filed by no later than October 15, 2025. Any reply briefs shall be filed by no later than October 29, 2025.

    The Parties are also reminded that there is a strict page limit, which will be extended only in extreme circumstances. If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    July 7, 2025
                White Plains, New York

                                              KENNETH M. KARAS
                                              UNITED STATES DISTRICT JUDGE