UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,                        **MEMORANDUM**

      -against-                                    25 Cr. 90 (KMK)

DOMINICK TERONI,

                        Defendant.
------------------------------------------------------------X

TO: Kenneth M. Karas, United States District Judge:

      Please find attached a transcript of the October 17, 2025 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: November 6, 2025
       White Plains, New York

                                                        Respectfully Submitted,

                                                        _____
                                                        JUDITH C. McCARTHY
                                                       United States Magistrate Judge